# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GARY POWERS, | ) |
| | ) Case No. 2:22-cv-00453 |
| Plaintiff, | ) |
| | ) JUDGE EDMUND A. SARGUS |
| v. | ) |
| | ) MAGISTRATE JUDGE ELIZABETH |
| ADECCO USA, INC., et al., | ) PRESTON DEAVERS |
| | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 28th day of December, 2022.

/s/Trisha M. Breedlove_____
Trisha M. Breedlove (0095852)
**SPITZ, THE EMPLOYEE'S LAW FIRM**
1103 Schrock Road, Suite 307
Columbus, Ohio 43229
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
trisha.breedlove@spitzlawfirm.com
*Counsel for Plaintiff*

/s/Natalie M. McLaughlin (email approval 12/27/22)
Natalie M. McLaughlin (0082203)
Brian W. Dressel (0097163)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
PH: (614) 464-6400/FX: (614) 464-6350
nmmclaughlin@vorys.com
bwdressel@vorys.com
*Counsel for Defendant,*
*Honda of America Mfg., Inc.*

/s/Robert M. Robenalt (email approval 12/28/22)
Robert M. Robenalt (0042251)
Meghan M. Delaney (0075015)
Fisher & Phillips LLP
250 West Street, Suite 400
Columbus, Ohio 43215
PH: (614) 453-7611/FX: (614) 221-1409
rrobenalt@fisherphillips.com
mdelaney@fisherphillips.com
*Counsel for Defendant, Adecco USA, Inc.*